# IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE

STATE OF DELAWARE )
)
v. ) I.D. No. 0405014707
)
RENALDO JOHNSON, )
)
Defendant. )

Submitted: August 20, 2021
Decided: October 26, 2021

Upon Consideration of the Defendant's Motion to Discharge Probation **- DENIED**.

**Attorneys and Law Firms**

Adam Gelof, Esquire, Deputy Attorneys General, Department of Justice, Georgetown, Delaware, Attorney for State.

Stephen E. Smith, Esquire, Office of Defense Service, Georgetown, Delaware, Attorney for Defendant Renaldo Thomas.

**Mark H. Conner, Judge**

**ORDER**

This 26th day of October, 2021, the Defendant's Motion to Discharge Probation is **DENIED**. After a thorough review of file, the Court started with the plea agreement the Defendant made with the State to resolve this case. Pursuant to the plea agreement the Defendant stipulated that 15 years of probation "is warranted to reduce the likelihood of re-offense and for 'public safety'." Additionally, the Court must take into consideration that the Defendant's last experience on probation was not successful with allegations of marijuana use, attendance issues at sex offender treatment, internet use and having pornographic material on his phone. This violation occurred within two years of his release from prison.

Currently, the Defendant has been in the community approximately 3 years and five months without issue which the Court is happy to see. However, based on the nature of the offense, the stipulation to the length of probation and the previous violation, the Court must conclude that probation should not be terminated at this time.

**IT IS SO ORDERED.**

/s/ *Mark H. Conner*

Mark H. Conner
Judge


oc:   Prothonotary
cc:   Adam Gelof, Deputy Attorney General
      Stephen E. Smith, Esquire
      Victoria Macklin, Probation & Parole
      Renaldo Johnson